1  NINA MARINO, State Bar No. 142815
   KAPLAN MARINO, PC
2  9454 Wilshire Boulevard, Suite 500
   Beverly Hills, California 90212
3  Phone  (310) 557-0007
   Fax    (310) 275-4651
4  marino@kaplanmarino.com

5

6  Counsel for Defendant LUIS RUBIO

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,         )   Case No. 2:10-cr-00108
                                     )
11           Plaintiff,              )   **AMENDED STIPULATION TO**
                                     )   **CONTINUE PROBATION AND**
12      v.                           )   **SENTENCING HEARING;**
                                     )   **ORDER**
13 LUIS RUBIO,                       )
                                     )
14           Defendant.              )
                                     )
15 _____  )

16

17      Plaintiff United States of America, by and through its counsel of record, Assistant United

18 States Attorney CAROLYN K. DELANEY, and defendant LUIS RUBIO, by an through his

19 counsel of record, NINA MARINO, hereby agree and stipulate, subject to the Court's approval, as

20 follows:

21 1.   On February 3, 2011, LUIS RUBIO entered a guilty plea to count one of the Indictment; the

22      Court ordered sentencing for April 28, 2011.

23 2.   The parties require additional time to prepare for the hearing.

24 3.   Therefore, the parties request that the probation and sentencing hearing be continued from

25      April 28, 2011 to May 19, 2011.

26 4.   The new schedule is as follows: Draft Disclosure due April 5, 2011, Objections due April

27      19, 2011, Final due April 28, 2011, Sentencing hearing on May 19, 2011.

28                                           1

**AMENDED STIPULATION TO CONTINUE PROBATION AND SENTENCE HEARING**

| | | |
|---|---|---|
| 1 | Dated: March 10, 2011 | Respectfully Submitted, |
| 2 | | KAPLAN MARINO, P.C. |

/s/:

_____
NINA MARINO
Attorney for Defendant
LUIS RUBIO

Dated: March 10, 2011                    BENJAMIN B. WAGNER,

United States Attorney

/s/:

_____
CAROLYN K. DELANEY
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS SO ORDERED.

Dated: March 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

**AMENDED STIPULATION TO CONTINUE PROBATION AND SENTENCE HEARING**