```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR No. S. 10-108 MCE
                                 )
12            Plaintiff,         )
                                 )
13       v.                      )
                                 )
14  LUIS ALBERTO RUBIO,          )   STIPULATION AND ORDER
                                 )
15                               )
              Defendant.         )
16  _____)
```

17      IT IS HEREBY stipulated between the United States of America
18 through its undersigned counsel, Carolyn K. Delaney, Assistant
19 United States Attorney, together with the defendant and his
20 counsel, that the sentencing hearing for defendant Rubio
21 currently set for August 4, 2011, be advanced to July 28, 2011 at
22 10:00 a.m.  At the hearing, the parties anticipate that the
23 defendant will withdraw his guilty plea, and enter a new guilty
24 plea to a superseding information.
25 ///
26 ///
27 ///
28

1

1  The parties are also requesting that the defendant be sentenced
2  on July 28, and to accomplish that, respectfully request that the
3  Court order the Probation Office to prepare a Pre-Plea
4  Presentence report reflecting the new charge to which the
5  defendant will plead guilty.

6  Dated: June 8, 2011                    Respectfully submitted,

7                                         BENJAMIN B. WAGNER
                                           U.S. Attorney
8
                                           /s/ Carolyn K. Delaney
9
                                           CAROLYN K. DELANEY
10                                         Assistant U.S. Attorney

11 Dated: June 8, 2011                    /s/ Nina Marino

12                                         NINA MARINO
                                           Attorney for
13                                         LUIS ALBERTO RUBIO

14

15                                **ORDER**

16  **IT IS HEREBY ORDERED:** That the sentencing hearing currently
17 scheduled for August 4, 2011 is advanced to July 28, 2011 at
18 10:00 a.m. It is further ordered that the Probation Office
19 prepare a Pre-Plea Presentence Report reflecting the new plea by
20 July 28, 2011.

21  Dated: June 21, 2011

                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE

2